# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 05-387 (1) (RHK/RLE) |
| Plaintiff, | **ORDER** |
| v. | |
| John Thomas Turpin, | |
| Defendant. | |

If Defendant intends to file a written reply to the Government's Response to the 28 U.S.C. § 2255 Motion to vacate his sentence, said reply must be served and filed on or before April 30, 2012.

Dated: April 2, 2012

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge